# ULLENBERG
LAW OFFICES SC

101 CAMELOT DRIVE, SUITE 2B
FOND DU LAC, WISCONSIN 54935

TELEPHONE: 920.924.9878
FACSIMILE: 920.924.9895
WEB: ULLENBERGLAW.COM

REFER TO FILE:
17005-PR01

March 30, 2017

VIA CERTIFIED MAIL TO:

Ms. Jean M. Groleau
J.P. Morgan Securities LLC
111 E. Wisconsin Ave.
Neenah, WI 54957

VIA CERTIFIED MAIL TO:

MetLife Insurance Company USA
PO Box 10366
Des Moines, IA 50306-0366

RE: Patricia M. Doering
Contract Number 3205235425

Dear Jean and MetLife Representatives:

Ms. Patricia Doering passed away on March 16, 2017.

I represent Jodie Tiede. She is Ms. Doering's surviving niece, heir and a nominated personal representative. We will be filing paperwork shortly to seek her formal appointment to represent Ms. Doering's estate.

In the meantime, we have become aware that you may list Amanda Stevens as her beneficiary and spouse. Ms. Stevens did not marry Ms. Doering until March 2, 2017, and she was 27 years old at the time, while Ms. Doering was 79. Ms. Doering passed away two weeks later. My client claims the marriage was void, and the beneficiary designation was procured through undue influence or while Ms. Doering was incompetent.

Accordingly, we demand that you suspend processing any application for payment or reverse any payment made to anyone from the above annuity contract and any other contract you may have concerning Ms. Doering.

If you have any questions or concerns, please contact us.

Tab: 4/29/17

Thank you.

Sincerely,

ULLENBERG LAW OFFICES SC

Alexander L. Ullenberg

ALU/smw
cc:     JT (via e-mail)

ULLENBERG
LAW OFFICES SC